UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00121

**Norris Dewayne Robert,**
*Plaintiff,*

v.

**Botie Hillhouse et al.**
*Defendants.*

# ORDER

Plaintiff Norris D. Robert, formerly confined in the Henderson County Jail proceeding pro se and *in forma pauperis*, filed this lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell.

On September 6, 2022, the magistrate judge issued a report recommending that plaintiff's lawsuit be dismissed with prejudice for plaintiff's failure to state a claim upon which relief may be granted. Doc. 15. A copy of this report was sent to plaintiff at his last-known address. To date, however, plaintiff has not filed objections. The docket reflects that the report was returned as "undeliverable" with a notation of "released." Doc. 16. Plaintiff has not filed a notice of a change of address.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that it contains no clear error, the court accepts its findings and recommendation.

Plaintiff's lawsuit is dismissed with prejudice for failing to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915A. All motions pending in this civil action are denied.

- 2 -

*So ordered by the court on October 7, 2022.*

_____
J. CAMPBELL BARKER
United States District Judge